**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Luticia Taylor,<br><br>    Plaintiff,<br><br>v.<br><br>Diversant LLC,<br><br>    Defendant. | **NO. CV-17-01711-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

    Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Diversant LLC in the amount of $ 30,000.00 (inclusive of all costs and attorneys' fees),  and this action is hereby terminated.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

April 30, 2018

                                        s/ Rebecca Kobza
                                    By  Deputy Clerk